# Exhibit A

**State of Louisiana**
**Secretary of State**

12/02/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

PROGRESSIVE INSURANCE COMPANY
A/K/A PROGRESSIVE SECURITY INSURANCE COMPANY
6300 WILSON MILLS RD., W33
MAYFIELD VILLAGE, OH  44143-2182

Suit No.: 20116556
15TH JUDICIAL DISTRICT COURT
LAFAYETTE PARISH

CHERYL SLADE
vs
PROGRESSIVE INSURANCE CO.

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on:  TOM SCHEDLER
Served by:  E CUMMINS

Date: 11/18/2011
Title:  DEPUTY SHERIFF

ATTY/LTR/AM TRS #858424

No: 859420

AM

D23544372
cc_jmdaugereau

*Ordered by Atty.:* KENNETH ST. PE

# CITATION

CHERYL  SLADE

VS

PROGRESSIVE INSURANCE CO

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20116556 L

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   PROGRESSIVE INSURANCE CO
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVE
      BATON ROUGE, LA  70809

SERVED ON
TOM SCHEDLER

NOV 1 8 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

of the Parish of E. Baton Rouge

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this November 14, 2011.

_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**

_____

SHERIFF'S RETURN

Lafayette Parish Sheriff

Date Served: _____, 20_____ Time: _____

Served: _____

Personal ( ) _____

Domiciliary ( ) on _____

Unable to Locate        Moved ( )        No Such Address ( )

Other Reason: _____

Received Too Late For Service   (   )

Service Of Within Papers

Costs Fee $_____   Mileage $_____   Total $_____

Deputy _____

CHERYL SLADE, Individually and on behalf
of others similarly situated

15th JUDICIAL DISTRICT COURT

VERSUS

LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY

DOCKET NUMBER: 20116556

---

## PETITION FOR PROPERTY DAMAGES, PENALTIES, ATTORNEY'S FEES AND FOR CLASS CERTIFICATION

Pursuant to Louisiana Civil Code of Procedure Article 591, *et seq.*, the petition of CHERYL SLADE, individually and on behalf of other similarly situated, herein represented by undersigned counsel, represent that:

1.

Made defendant herein is the following, to-wit:

a)      PROGRESSIVE INSURANCE COMPANY, a foreign insurance company licensed to do and is doing business in the Parish of Lafayette, State of Louisiana.

2.

Defendant is truly indebted to the petitioner in an amount commensurate with the damages sustained for the following, to-wit:

### JURISDICTION AND VENUE

3.

Venue is proper in Lafayette Parish pursuant to the Louisiana Code of Civil Procedure.

4.

Named plaintiff and potential class members were policyholders of Progressive Insurance Company which is authorized to do and doing business in Louisiana and which issues automobile insurance policies in Lafayette Parish, Louisiana.

5.

As hereinafter more fully appears, the defendant breached its contractual obligations under the policies issued in Lafayette Parish, State of Louisiana.

6.

The issues raised herein arise out of defendant's contractual relations created and issued within the State of Louisiana.

## BASIS FOR CLAIMS

### 7.

On or about February 12, 2011, Petitioner, Cheryl Slade, was involved in an automobile accident in Lafayette Parish, Louisiana, wherein she rear-ended the vehicle of another driver.

### 8.

The Petitioner's vehicle, a 2005 Volvo S40, was severely damaged in the accident so that the estimates to repair the vehicle exceeded the value of the vehicle. Petitioner made a claim against the collision portion of her automobile policy with Progressive Insurance Company.

### 9.

NADA Valuation Reports and Kelly Blue Book Valuation Reports for Petitioner's vehicle described its value as approximately $8,000.00.

### 10.

Progressive Insurance Company refused to honor the aforedescribed evaluations and instead used their own system described as "Mitchell Vehicle Valuation Report". The valuation under this report was approximately $5,100.00.

### 11.

Progressive Insurance Company refused to negotiate in good faith on the difference between the Mitchell Valuation Report and the NADA or Kelly Blue Book Valuation Reports. Progressive tendered the amount of approximately $5,100.00 to the plaintiff.

## BREACH OF CONTRACT AND BAD FAITH

### 12.

Plaintiff represents that the Mitchell Vehicle Valuation Report used by Progressive Insurance Company is unfairly low in its evaluations of vehicle values and that Progressive Insurance Company is aware of this fact but refuses to accept the more widely used and accepted the NADA Valuation Report or the Kelly Blue Book Valuation Report.

### 13.

Plaintiff represents the Mitchell Vehicle Valuation Report is used by Progressive Insurance Company to intentionally undervalue the vehicles and to defraud its policyholders.

14.

The plaintiff represents that the Mitchell Vehicle Valuation Report was used in the past by other major automobile insurance carriers but abandoned because of the low evaluation issues.

15.

Plaintiff represents that separate and apart from the Mitchell Vehicle Valuation Report, Progressive Insurance Company knew or should have known that the NADA book values or Kelly Blue Book values are the widely accepted valuation tools. These are used by individuals selling their vehicles, automobile dealerships and the like so that as a practical matter, petitioner's vehicle cannot be replaced for the lower amount tendered by Progressive Insurance Company.

16.

Progressive's use of the Mitchell Vehicle Valuation Report and its refusal to accept or pay the actual value of the vehicle as determined not only by the NADA Book value, Kelly Blue Book value, but the retail value generally accepted in the public is a breach of the terms and conditions of its policy with the plaintiff and other similarly situated policy holders.

17.

The aforementioned is a violation of Progressive's duty to adjust claims fairly under the requirement of LSA-R.S. 22:1892 (formerly R.S. 22:658) and/or LSA-R.S. 22:1220 and it is therefore liable for penalties and attorney's fees.

## DAMAGES

18.

Defendant is liable to plaintiff individually and on behalf of other similarly situated for all damages including but not limited to:

a)   The difference between the amount tendered by Progressive and the fair market value of the vehicle;

b)   Penalties;

c)   Attorney's fees;

## CLASS ACTION

19.

Plaintiff prays that this matter be certified and maintained as a class action on behalf of all past and present Progressive Insurance Company policyholders who have made property damage claims against their policy for the total loss of a vehicle and had those claims undervalued through the use of the Mitchell Vehicle Valuation Report system and/or other unfair valuation tools used by Progressive.

20.

Plaintiff represents that the class consists of numerous policy holders who are located throughout the State of Louisiana and the United States, so that joinder of all members is impractical.

21.

Plaintiff represents that the questions of law and fact are common to the class, i.e., the breach of contract under their policies for the improper valuation of their total loss vehicles.

22.

Plaintiff represents that the claims and defenses of the representative parties is typical of the claims or defenses of the class.

23.

Plaintiff is a member of the class she seeks to represent, and her interests coincide with, and are not antagonistic to the other class members.  Plaintiff is a representative party and will fairly and adequately protect the interest of the class.

24.

Plaintiff represents that the class is or may be defined objectively in the terms of ascertainable data such that the Court may determine the constituency of the class for purposes of the conclusiveness of any judgment that may be rendered in the case.

25.

Plaintiff further represents that the prosecution of separate actions by or against individuals of the class would create a risk of inconsistent or varying adjudications with respect to individual members and would establish incompatible standards of conduct for the party opposing the class.

26.

Plaintiff represents that the class action is superior to all other available methods for the fair and efficient adjudication of this controversy.

WHEREFORE, petitioner, CHERYL SLADE, individually and on behalf of others similarly situated, prays that defendant, PROGRESSIVE INSURANCE COMPANY, be served with a certified copy of this petition and be cited to appear and answer same, that after all legal delays and due proceedings had, there be judgment rendered herein in favor of petitioner and against defendant for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, for all costs of these proceedings, for attorney's fees, and for all general and equitable relief allowed by law.

RESPECTFULLY SUBMITTED,

GUILLIOT & ST. PÉ, LLC

KENNETH D. ST. PÉ
La. Bar Roll No. 22638
428 Jefferson Street
Lafayette, Louisiana  70501
(337) 232-8177

**PLEASE SERVE:**

PROGRESSIVE INSURANCE COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana  70809

F...  THIS _10_ DAY OF _Nov_, 20_11_
TRUE ...  ... YETTE, LA

Deputy Clerk of Court

CHERYL SLADE, Individually and on behalf          15th JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                            LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY                     DOCKET NUMBER:

---

<u>**REQUEST FOR NOTICE**</u>

TO:   Hon. Louis J. Perret
      Clerk of Court
      Parish of Lafayette
      P.O. Box 2009
      Lafayette, LA  70502

NOW INTO COURT, through undersigned counsel, comes plaintiff, CHERYL SLADE,

who requests in accordance with La. R.S.-CCP Article 1572, that he be given written notice by

mail ten (10) days in advance of the date fixed for trial, or of any hearing of the above captioned

case, whether on Exceptions, Motions, Rules or the Merits.  Plaintiff also requests immediate

notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case

upon rendition thereof as provided by La. R.S.-CCP Articles 1913 and 1914, including notice of

Judgment in the event that this case be taken under advisement, or if the Judgment is not signed

at the conclusion of the trial.  I ask that you file this letter in the record of this matter along with

these enclosed pleadings as formal notice of my above request.

RESPECTFULLY SUBMITTED,

GUILLIOT & ST. PÉ, LLC

KENNETH D. ST. PÉ
La. Bar Roll No. 22638
428 Jefferson Street
Lafayette, Louisiana 70501
(337) 232-8177

FILED THIS 10 DAY OF NOV, 20 11
TRUE C. OF ATTEST LAFAYETTE, LA

Deputy Clerk of Court

KENNETH D. ST. PÉ, APLC †

428 Jefferson Street
Lafayette, LA 70501
(337) 232-8177
1-800-960-2211
(337) 232-7012 Fax
kennethstpe@aol.com



GUILLIOT
& St.Pé
PERSONAL  INJURY  ATTORNEYS

† Board Certified Medical Professional Liability, ABPLA

November 28, 2011


Ms. Suzanne Roussel
State of Louisiana
Secretary of State
Post Office Box 94125
Baton Rouge, LA  70804-9125

Re:    Cheryl Slade, et al vs.
         Progressive Insurance Company
         Docket Number: C-20116556 "L"

Dear Ms. Roussel:

Pursuant to your request of November 21, 2011, please be advised that the proper
defendant in this matter is Progressive Security Insurance Company.

With every good wish, I remain

                                        Sincerely,



                                        KENNETH D. ST. PE'

KDS:krt
Enclosure


*Limited Liability Company*



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
23455538

CHERYL SLADE, Individually and on behalf         15ᵗʰ JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                           LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY                    DOCKET NUMBER:

---

### REQUEST FOR NOTICE

TO:   Hon. Louis J. Perret
      Clerk of Court
      Parish of Lafayette
      P.O. Box 2009
      Lafayette, LA 70502

      NOW INTO COURT, through undersigned counsel, comes plaintiff, CHERYL SLADE,

who requests in accordance with La. R.S.-CCP Article 1572, that he be given written notice by

mail ten (10) days in advance of the date fixed for trial, or of any hearing of the above captioned

case, whether on Exceptions, Motions, Rules or the Merits.  Plaintiff also requests immediate

notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case

upon rendition thereof as provided by La. R.S.-CCP Articles 1913 and 1914, including notice of

Judgment in the event that this case be taken under advisement, or if the Judgment is not signed

at the conclusion of the trial.  I ask that you file this letter in the record of this matter along with

these enclosed pleadings as formal notice of my above request.

                              RESPECTFULLY SUBMITTED,

                              GUILLIOT & ST. PÉ, LLC


                              KENNETH D. ST. PÉ
                              La. Bar Roll No. 22638
                              428 Jefferson Street
                              Lafayette, Louisiana 70501
                              (337) 232-8177


FILED THIS ___10___
DAY OF __Nov.__ , 20_11_

Deputy Clerk of Court

12/15/2011 12:58 FAX  3372916480        LAF PAR CLERK CIVIL                    ☑004/012

KENNETH D. ST. PÉ, APLC †

428 Jefferson Street
Lafayette, LA 70501
(337) 232-8177
1-800-960-2211
(337) 232-7012 Fax
kennethstpe@aol.com



G
& St. PÉ
PERSONAL INJURY ATTORNEYS

† Board Certified Medical Professional Liability, ABPLA

November 29, 2011

Hon. Louis J. Perret
Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, LA  70502

   Re: Cheryl Slade, Individually and on behalf
     of others similarly situated vs.
     Progressive Insurance Company
     Docket Number: 20116556 "L"

Dear Sir/Madam:

Enclosed please find the original and two (2) copies of the First Supplemental and Amending Petition for Damages, Plaintiff's Motion to File First Supplemental and Amending Petition for Damages and Motion. Please present the Motion and Order to the Judge for his review and consideration; thereafter returning an executed copy of same to my office for my file and record.

Once the Judge has executed the Order, please serve the defendant as instructed on the last page of the petition.  Please notify the undersigned of the date and type of service made on the defendant.

Also enclosed is our firm's check in the amount of $175.00 to cover the cost of filing and service.

With every good wish, I remain

         Sincerely,

         KENNETH D. ST. PÉ

KDS:krt
Enclosures

NO TRIAL DATE SET

*Limited Liability Company*



CHERYL SLADE, Individually and on behalf          15th JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                            LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY        DOCKET NUMBER: 20116556 "L"

## PLAINTIFF'S MOTION TO FILE
## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, CHERYL SLADE,

Individually and on behalf of others similarly situated, who respectfully requests Leave of Court

to file the First Supplemental and Amending Petition for Damages, the purpose for which is to

correct the name of the defendant, PROGRESSIVE SECURITY INSURANCE COMPANY.

RESPECTFULLY SUBMITTED,

GUILLIOT, ST. PÉ & SOILEAU
*(A Professional Law Corporation)*

KENNETH ST. PÉ
La. Bar Roll No. 22638
428 Jefferson Street
Lafayette, Louisiana 70501
(337) 232-8177

CHERYL SLADE, Individually and on behalf          15ᵗʰ JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                             LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY          DOCKET NUMBER: 20116556 "L"

### O R D E R

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, CHERYL

SLADE, Individually and on behalf of others similarly situated, is granted Leave of Court to file

the First Supplemental and Amending Petition for Damages.

THUS DONE AND SIGNED this 6ᵗʰ day of _____Dec_____, 2011 in

Lafayette, Louisiana.

_____
DISTRICT JUDGE



23632110

CHERYL SLADE, Individually and on behalf        15th JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                          LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE INSURANCE COMPANY          DOCKET NUMBER: 20116556 "L"

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, CHERYL SLADE,
Individually and on behalf of others similarly situated, who respectfully request that she be
permitted to supplement and amend their Original Petition for Damages to add the following
enumerated paragraphs, to-wit:

I.

To amend the caption to read as follows:

CHERYL SLADE, Individually and on behalf        15th JUDICIAL DISTRICT COURT
of others similarly situated

VERSUS                                          LAFAYETTE PARISH, LOUISIANA

PROGRESSIVE SECURITY INSURANCE
COMPANY                                          DOCKET NUMBER: 20116556 "L"

II.

To amend Paragraph 1 to correct the name of defendant and to read as follows:

"1.

Made defendant herein is the following, to-wit:

a)     PROGRESSIVE SECURITY INSURANCE COMPANY, a foreign insurance
       company licensed to do and is doing business in the Parish of Lafayette, State of
       Louisiana."

III.

To supplement and amend to add Paragraph 4 to read as follows:

"4.

Named plaintiff and potential class members were policyholders of Progressive Security
Insurance Company which is authorized to do and doing business in Louisiana and which issues
automobile insurance policies in Lafayette Parish, Louisiana."

IV.

To supplement and amend to add Paragraph 8 to read as follows:

"8.

The Petitioner's vehicle, a 2005 Volvo S40, was severely damaged in the accident so that
the estimates to repair the vehicle exceeded the value of the vehicle.  Petitioner made a claim

against the collision portion of her automobile policy with Progressive Security Insurance Company."

V.

To supplement and amend to add Paragraph 10 to read as follows:

"10.

Progressive Security Insurance Company refused to honor the aforedescribed evaluations and instead used their own system described as "Mitchell Vehicle Valuation Report". The valuation under this report was approximately $5,100.00."

VI.

To supplement and amend to add Paragraph 11 to read as follows:

"11.

Progressive Security Insurance Company refused to negotiated in good faith on the difference between the Mitchell Valuation Report and the NADA or Kelly Blue Book Valuation Reports. Progressive tendered the amount of approximately $5,100.00 to the plaintiff."

VII.

To supplement and amend to add Paragraph 12 to read as follows:

"12.

Plaintiff represents that the Mitchell Vehicle Valuation Report used by Progressive Security Insurance Company is unfairly low in its evaluations of vehicle values and that Progressive Security Insurance Company is aware of this fact but refuses to accept the more widely used and accepted NADA Valuation Report or the Kelly Blue Book Valuation Book."

VIII.

To supplement and amend to add Paragraph 13 to read as follows:

"13.

Plaintiff represents the Mitchell Vehicle Valuation Report is used by Progressive Security Insurance Company to intentionally undervalue the vehicles and to defraud its policyholders."

IX.

To supplement and amend to add Paragraph 15 to read as follows:

"15.

Plaintiff represents that separate and apart from the Mitchell Vehicle Valuation Report, Progressive Security Insurance Company knew or should have known that the NADA book

values or Kelly Blue Book values are the widely accepted valuation tools.  These are used by individuals selling their vehicles, automobile dealerships and the like so that as a practical matter, petitioner's vehicle cannot be replaced for the lower amount tendered by Progressive Security Insurance Company."

### X.

To supplement and amend to add Paragraph 19 to read as follows:

"19.

Plaintiff prays that this matter be certified and maintained as a class action on behalf of all past and present Progressive Security Insurance Company policyholders who have made property damage claims against their policy for the total loss of a vehicle and had those claims undervalued through the use of the Mitchell Vehicle Valuation Report system and/or other unfair valuation tools used by Progressive."

### XI.

To supplement and amend the Prayer to read as follows:

"WHEREFORE, petitioner, CHERYL SLADE, individually and on behalf of other similarly situated, prays that defendant, PROGRESSIVE SECURITY INSURANCE COMPANY, be served with a certified copy of this petition and be cited to appear and answer same, that after all legal delays and due proceedings had, there be judgment rendered herein in favor of petitioner and against defendant for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, for all costs of these proceedings, for attorney's fees, and for all general and equitable relief allowed by law."

### XII.

Petitioner renews and reiterates all of the allegations of her Original Petition for Damages, and all of the prayers thereof as though set forth at length herein.

WHEREFORE, petitioner prays that her Original Petition for Damages be supplemented and amended in the above particulars, that defendant be cited to appear and answer hereto, that after legal delays and due proceedings had, there be judgment herein in favor of petitioner, CHERYL SLADE, individually and on behalf of others similarly situated, and against defendant,

for such damages as are reasonable in the premises, with legal interest thereon from the date of

judicial demand until paid, and for all costs of these proceedings.

   AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

                         RESPECTFULLY SUBMITTED,

                         GUILLIOT, ST. PÉ & SOILEAU
                         *(A Professional Law Corporation)*



                         KENNETH ST. PÉ
                         La. Bar Roll No. 22638
                         428 Jefferson Street
                         Lafayette, Louisiana 70501
                         (337) 232-8177

**PLEASE SERVE:**

PROGRESSIVE SECURITY INSURANCE COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA  70809

12/15/2011 12:59 FAX  3372916480        LAF PAR CLERK CIVIL                    ☑011/012

D23544372
cc_jmdaugereau

Ordered by Atty.: KENNETH ST. PE

# CITATION

CHERYL SLADE                          FIFTEENTH JUDICIAL DISTRICT COURT

VS                                    DOCKET NUMBER: C-20116556 L

PROGRESSIVE INSURANCE CO              PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:  PROGRESSIVE INSURANCE CO
     THROUGH ITS AGENT FOR SERVICE OF PROCESS:
     LOUISIANA SECRETARY OF STATE
     8585 ARCHIVES AVE
     BATON ROUGE, LA  70809

                                      of the Parish of E. Baton Rouge

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     Witness the Honorable Judges of said Court, this November 14, 2011.

                                      _____
                                      Deputy Clerk of Court
                                      Lafayette Parish

*Attached are the following documents:

_____

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20_____  Time: _____
Served: _____
Personal ( ) _____
Domiciliary ( ) on _____
Unable to Locate       Moved ( )        No Such Address ( ) _____
Other Reason: _____
Received Too Late For Service ( )          .
Service Of Within Papers
Costs Fee $_____   Mileage $_____   Total $_____
Deputy _____

12/15/2011 12:59 FAX  3372916480          LAF PAR CLERK CIVIL                    ☑012/012

D23899677
cc_kvardoin

Ordered by Atty.: KENNETH ST. PE

# CITATION

| CHERYL SLADE | Fifteenth Judicial District Court |
|---|---|
| VS | Docket Number: C-20116556 L |
| PROGRESSIVE INSURANCE CO | Parish of Lafayette, Louisiana |

STATE OF LOUISIANA

TO:   PROGRESSIVE SECURITY INSURANCE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA 70809

of the Parish of EAST BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifteenth Judicial District Court, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this December 9, 2011.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
CC: MOTION & ORDER, 1ST SUPP & AMENDING PETITION FOR DAMAGES, PETITION FOR PROPERTY DAMAGES, PENALTIES, ATTORNEY'S FEES & FOR CLASS CERTIFICATION

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: _____, 20____   Time: _____
Served: _____
Personal ( )_____
Domiciliary ( ) on_____
Unable to Locate        Moved ( )        No Such Address ( )
Other Reason: _____
Received Too Late For Service  ( )
Service Of Within Papers
Costs Fee $_____   Mileage $_____   Total $_____
Deputy _____