## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 07, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**No. 14-90043    Cheryl Slade v. Progressive Security Insurance**
USDC No. 6:11-CV-2164

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Sabrina B. Short_
Sabrina B. Short, Deputy Clerk
504-310-7817

Mr. Jeffrey S. Cashdan
Mr. Kenneth W. DeJean
Mr. William Gaudet
Ms. Amanda Kate Klevorn
Mr. Tony R. Moore
Mr. Arthur Mahony Murray
Mr. Stephen B. Murray Jr.
Mr. Stephen B. Murray Sr.
Mrs. Korey Arthur Nelson
Mr. Kenneth David St. Pe'

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-90043
_____

PROGRESSIVE SECURITY INSURANCE COMPANY,

    Defendant - Petitioner

v.

CHERYL SLADE,

    Plaintiff - Respondent

_____

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)
_____

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under Fed. R. Civ. P. 23(f) is GRANTED.

DENNIS, Circuit Judge, abstains from granting the appeal.