RECEIVED
AUG 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DEVISION

| | |
|---|---|
| **CHERYL SLADE** | Case No. 6:11-cv-02164 |
| Versus | Judge Dee D Drell |
| **PROGRESSIVE SECURITY INSURANCE COMPANY** | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Intervene for limited Purpose of Seeking Modification of Protective Order [Rec. Doc. 186] filed by Non-Party Movant, Rachel Curtis is **DENIED.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 23RD day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE