UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHERYL SLADE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | **CIVIL ACTION NO. 6:11-CV-02164**<br><br>**JUDGE JUNEAU** |
| **VERSUS** | **MAGISTRATE JUDGE HANNA** |
| **PROGRESSIVE SECURITY INSURANCE CO.** | |

## JUDGMENT

**THIS MATTER** came before the Court on October 16, 2020 for oral argument on the Motion for Summary Judgement filed by Defendant Progressive Security Insurance Co., Rec. Doc. 263; the Motion for Partial Summary Judgment filed by Plaintiff Cheryl Slade, Rec. Doc. 270; and the *Daubert* Motion to Exclude the Opinions of Tim Ryles filed by Defendant Progressive Security Insurance Co., Rec. Doc. 257.

After reviewing the memoranda and evidence filed by the parties, and the applicable law, and after hearing the arguments of counsel, and for reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment, Rec. Doc. 263, is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's oral Motion for Certification for Interlocutory Appeal is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Rec. Doc. 270, is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's *Daubert* Motion, Rec. Doc. 257, is **GRANTED IN PART** to the extent that Dr. Ryles will not be permitted to offer legal opinions; as to his remaining testimony, the Motion is **DENIED**.

The parties are to bear their own costs.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of October, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE