UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHERYL SLADE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | CIVIL ACTION NO. 6:11-CV-02164 |
| VERSUS | JUDGE JUNEAU |
| PROGRESSIVE SECURITY INSURANCE CO | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

**THE FOREGOING** Motion to Decertify the Class filed by Defendant Progressive Security Insurance Co., Rec. Doc. 252, was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including Progressive's Objections to the Magistrate Judge's Report, Rec. Doc. 320, and Plaintiffs' Response, Rec. Doc. 323, this Court concludes that the Magistrate Judge's report and recommendation, Rec. Doc. 310, is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Progressive's Motion to Decertify the Class, Rec. Doc. 252, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of November, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE