**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**CHERYL SLADE, INDIVIDUALLY**      **CIVIL ACTION NO.  6:11-CV-02164**
**AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED**

**VERSUS**                          **JUDGE JUNEAU**

**PROGRESSIVE SECURITY**            **MAGISTRATE JUDGE WHITEHURST**
**INSURANCE CO**

## <u>ORDER</u>

    **IT IS HEREBY ORDERED** that the hearing in this matter previously scheduled for December 21, 2020 at 11 a.m. is **CANCELED.** The jury trial previously set for March 1, 2021 is hereby **CONTINUED** to a date to be determined, and the Scheduling Order, Rec. Doc. 304, is hereby **VACATED**.

    **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of December, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE