IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHERYL SLADE, Individually and on behalf of others similarly situated**

**CASE NO.: 6:11-cv-02164**

**VERSUS**

**PROGRESSIVE SECURITY INSURANCE**

**JUDGE MICHAEL J. JUNEAU**

**MAG. JUDGE CAROL B. WHITEHURST**

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW INTO COURT, through undersigned Class Counsel, comes Plaintiff Cheryl Slade, individually and on behalf of all others similarly situated, and moves this Court for entry of an Order Granting Final Approval of Class Action Settlement pursuant to FRCP 23(e), for the following reasons:

1. On or about February 4, 2021, Class Counsel and Progressive Security Insurance Company (Progressive) entered into a Settlement Agreement compromising all claims asserted on behalf of the certified class in the above-captioned litigation;

2. Pursuant to FRCP 23(e), Plaintiffs sought preliminary approval of the Settlement Agreement on behalf of the certified class;

3. On March 4, 2021, this Court granted Plaintiff's Motion for Preliminary Approval of the Settlement Agreement (See Doc. 337);

4. In its Order Granting Preliminary Approval, this Court adopted a plan for Notice of the Settlement Agreement to be disseminated to the Class;

5. In accordance with this Court's Order Granting Preliminary Approval, Class Counsel effected notice to the class by direct mail and publication (See Plaintiffs' Report on Opt-Outs and Execution of Notice Plan, Doc. 339);

6. As was reported in Plaintiffs' Report on Opt-Outs and Execution of Notice Plan, only two class members requested exclusion from the Settlement Agreement, and no class members raised any objections to the Settlement Agreement;

7. The Settlement Agreement was the result of arm's length negotiations between Class Counsel and counsel for Progressive, free from collusion;

8. Class Counsel unanimously support the Settlement Agreement as fair, reasonable adequate;

9. Class Representatives unanimously support the Settlement Agreement as fair, reasonable and adequate;

10. Application of the *Reed* factors to the Settlement Agreement overwhelmingly supports grant of final approval (See Memorandum in Support of Motion for Final Approval filed herewith);

11. This Motion for Final Approval is not opposed by any party or class member;

WHEREFORE, Class Counsel on behalf of all members of the certified class in this action respectfully pray that this Court enter a Judgment granting Final Approval to the Settlement Agreement, and giving full force and effect to its terms, as more specifically set forth in the attached proposed Order.

RESPECTFULLY SUBMITTED,

MURRAY LAW FIRM

/s/ *Stephen B. Murray, Jr.*
STEPHEN B. MURRAY, JR.
STEPHEN B. MURRAY, SR.
ARTHUR M. MURRAY
HANCOCK WHITNEY CENTER
Suite 4250 Poydras Center
701 Poydras Street
New Orleans, Louisiana 70139
T: (504) 525-8100
F: (504) 584-5242


KENNETH D. ST. PÉ, APLC

/s/ *Kenneth D. St. Pe'*
KENNETH D. ST. PÉ
La. Bar Roll No. 22638
311 W. University Avenue, Suite A
Lafayette, LA 70506
(337) 534-4043



LAW OFFICES OF KENNETH W. DEJEAN

/s/ *Kenneth D. DeJean*
Kenneth W. DeJean
Post Office Box 4325
Lafayette, LA 70502-4325
Telephone: (337) 235-5294
Facsimile: (337) 235-1095

WHALEY LAW FIRM

/s/ *John R. Whaley*
JOHN RANDALL WHALEY (#25930)
BENJAMIN H. DAMPF  (#32416)
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Tel: 225-302-8810
Fax: 225-302-8814

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the preceding pleading has been served on all parties through their counsel of record by sending them a copy via electronic mail, on this 18th day of June, 2021.

/s/ *Stephen B. Murray, Jr.*
STEPHEN B. MURRAY, Jr.